UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND L. LARSEN, JR. and
CAROLE M. LARSEN,

        Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

C25-0718 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint request to continue the trial date in this matter, *see* Joint Status Report (docket no. 34), is GRANTED. A separate scheduling order will be issued.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of December, 2025.

Ravi Subramanian
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1