UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND L. LARSEN, JR. and
CAROLE M. LARSEN,

        Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

C25-0718 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The motion brought by Mark A. Bailey of Stokes Lawrence, P.S., docket no. 38, to withdraw as counsel of record for plaintiffs Raymond L. Larsen, Jr. and Carole M. Larsen, is STRICKEN without prejudice for failing to articulate any grounds for the request. If the motion is renewed, any declaration setting forth the basis for seeking to withdraw may be filed under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2025.

                          Ravi Subramanian
                          Clerk

                          s/Grant Cogswell
                          Deputy Clerk

MINUTE ORDER - 1